UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL A. WALKER-JONES           CIVIL ACTION NO.

VERSUS           15-584-SDD-RLB

LOUISIANA ASSOCIATION OF EDUCATORS

### RULING

This matter is before the Court on the *Motion to Strike Defendant's Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement*[1] filed by Plaintiff Michael Walker-Jones. The law is clear that '[a] defendant may file a motion to dismiss and await its disposition before filing an answer.'[2] Even the filing of a partial motion to dismiss extends the defendant's time to answer the entire complaint.'[3] Thus, the Defendant's filing of a *Motion to Dismiss or for More Definite Statement* is not untimely and is filed in accordance with the Federal Rules of Civil Procedure. No extension of time was necessary for such a motion.

Accordingly, Plaintiffs *Motion to Strike*[4] is DENIED.

Baton Rouge, Louisiana, this 29 day of October, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 11. Defendant's Motion is Rec. Doc. No. 10.
[2] *Bertaut v. Parish of Jefferson*, No.02-2104, 2002 WL 31528468 (E.D. La. Nov. 8, 2002), citing Fed. R. Civ . P. 12(a)(4).
[3] *Id.*, citing Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure 2002 Supp. § 1346 at 146 (2d ed. 1990 & Supp.2002).
[4] Rec. Doc. No. 11..

Document Number: 29208